IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-205 M |
| JOHN E. MANNING, | ) |
| Defendant. | ) |

FILED
NOV 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### MOTION AND ORDER TO UNSEAL

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, moves that the Application and Affidavit for Search Warrant in this matter, signed by this Court on October 22, 2007, be unsealed in the manner discussed below. The government requests that the attached, redacted version of that document be unsealed, with the original unredacted version of the document remaining sealed. The government has eliminated references to personal data identifiers in the redacted version of the document, in compliance with the Court's Judiciary Privacy Policy.

COLM F. CONNOLLY
United States Attorney

By: _/s/ Christopher J. Burke_
Christopher J. Burke
Assistant United States Attorney

Dated: November 19, 2007

**AND NOW**, to wit, this 19th day of November, 2007, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the redacted version of the Application and Affidavit for Search Warrant signed by this Court on October 22, 2007, be **UNSEALED**, with the original, unredacted version of that document to remain **SEALED**.

_____
Honorable Leonard P. Stark
United States Magistrate Judge